IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EL DORADO CHEMICAL COMPANY                                              PLAINTIFF

VS.                                    CASE NO. 1:11-CV-1059

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY;
LISA P. JACKSON, Administrator,
United States Environmental Protection Agency; and
AL ARMENDARIZ, Regional Administrator,
United States Environmental Protection Agency Region 6                   DEFENDANTS

## JUDGMENT

The Court issued a memorandum opinion addressing the parties' cross motions for summary judgment (ECF No's 21 & 40) related to the review of an administrative decision by the United States Environmental Protection Agency. For the reasons discussed in that Opinion, the Court finds that Plaintiff El Dorado Chemical Company's Motion for Summary Judgment (ECF No. 21) should be and hereby is **DENIED**. Defendants United States Environmental Protection Agency, Lisa P. Jackson, and Al Armendarez's Cross Motion for Summary Judgment (ECF No. 40) is **GRANTED**. EPA's decision is **AFFIRMED**.

**IT IS SO ORDERED**, this 25th day of March, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge